**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00074-CR

### RAYFORD HIGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-57938-Y

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why the court reporter had not filed the reporter's record of the hearing on appellant's amended motion to reconsider the motion to suppress,  On May 27, 2015, the court reporter filed the missing record.  Therefore, in the interest of expediting the appeal, we **VACATE** the May 18, 2015 order.

Appellant's amended brief shall be due within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
       JUSTICE